UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOEL ROSARIO,
                               Plaintiff,

            -against-

MARYANNS 353 MEX, INC. et al.,
                             Defendants.
------------------------------------------------------------X

23 Civ. 1851 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for April 19, 2023,

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the April 19, 2023, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if Plaintiff seeks to file a motion to certify a collective or a class, Plaintiff shall file a pre-motion letter pursuant to Individual Rules III.A.1.  It is further

**ORDERED**, in response to the parties' request for a settlement conference, a separate order will issue with a referral to the Magistrate Judge

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: April 18, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**