```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOEL ROSARIO,

                              Plaintiff,                     23-cv-01851-LGS

        -against-                                     ORDER

MARYANNS 353 MEX, Inc., et al.,

                              Defendants.

**KATHARINE H. PARKER, United States Magistrate Judge.**

      The parties reached a settlement of this matter on September 6, 2023 but have not yet submitted their settlement for approval pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015). The parties shall have until **October 31, 2023** to submit their executed settlement agreement and joint letter motion for the Court's approval of the settlement.

      The parties indicated as part of their binding settlement term sheet that they consented to the undersigned for purposes of conducting a Cheeks review and dismissing the case. To accomplish this, they should, by **October 31, 2023**, file on the docket a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, a copy of which is available at https://www.nysd.uscourts.gov/node/754.

**SO ORDERED.**

Dated: New York, New York
       October 16, 2023

                                                    *Katharine H Parker*
                                                    _____
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge